IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OFELIA HERNANDEZ,

    Plaintiff,

v.                                                                                                    CV 11-245 JAP/CG

SAFECO INSURANCE
COMPANY OF AMERICA,

    Defendant.

### ORDER GRANTING MOTION TO EXTEND EXPERT WITNESS DEADLINES

**THIS MATTER** comes before the Court on the parties' *Joint Motion to Amend Scheduling Orders to Extend Expert Designation Deadlines.* (Doc. 23). The parties request a three week extension of the deadline to submit their respective expert witness reports to August 3, 2011, and September 2, 2011. (*Id.*). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, finds the motion to be well-taken.

**IT IS THEREFORE ORDERED** that the *Joint Motion to Amend Scheduling Orders to Extend Expert Designation Deadlines*, (Doc. 23), be **GRANTED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE