IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OFELIA HERNANDEZ,

       Plaintiff,

v.                                                                CV 11-245 JAP/CG

SAFECO INSURANCE
COMPANY OF AMERICA,

       Defendant.

## ORDER STAYING DISCOVERY

**THIS MATTER** comes before the Court on the parties' *Joint Motion to Abate Deadlines*. (Doc. 29). The parties request that discovery be stayed until a high/low arbitration agreement has been entered into and the parties have an opportunity to discuss the same with the court at the status conference on September 22, 2011. The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, finds the motion to be well-taken.

**IT IS THEREFORE ORDERED** that the *Joint Motion to Abate Deadlines*, (Doc. 29), be **GRANTED**. Discovery shall be stayed pending the status conference on September 22.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE